**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Julia Marshall and Dennis Marshall v. ESA Management, LLC

Appellate case number:   01-18-00403-CV

Trial court case number:  2016-40034

Trial court:             270th District Court of Harris County

Date motion filed:       September 17, 2019

Party filing motion:     appellants, Julia Marshall and Dennis Marshall

    It is so ordered that the motion for en banc reconsideration is DENIED.

Judge's signature: ___/s/ Richard Hightower_____
                Acting for the Court

The en banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss. Justice Higley not participating.

Date: _October 29, 2019_____